IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
_____ DIVISION

Thalia Thompson
(Enter Above the Name of the Plaintiff in this Action)

vs.

Fuyao Glass America
(Enter above the name of the Defendant in this Action)

If there are additional Defendants, please list them:

_____

_____

_____

3:25 cv 259

**WALTER H. RICE**

**CAROLINE H. GENTRY**

**COMPLAINT**

I. Parties to the action:

Plaintiff: Place your name and address on the lines below. The address you give must be the address where the court may contact you and mail documents to you. A telephone number is required.

Thalia Kiesha Jasmine Thompson
Name - Full Name Please - PRINT

125 Shiloh Springs Rd
Street Address

Dayton, OH 45415
City, State and Zip Code

937.250.5608
Telephone Number

If there are additional Plaintiffs in this suit, a separate piece of paper should be attached immediately behind this page with their full names, addresses and telephone numbers. If there are no other Plaintiffs, continue with this form.

Defendant(s):

Place the name and address of each Defendant you listed in the caption on the first page of this Complaint. This form is invalid unless each Defendant appears with full address for proper service.

1. Fuyao Glass America
   Name - Full Name Please

   800 Fuyao Ln Moraine OH, 45433
   Address: Street, City, State and Zip Code

2. _____

3. _____

4. _____

5. _____

6. _____

If there are additional Defendants, please list their names and addresses on a separate sheet of paper.

II. Subject Matter Jurisdiction

Check the box or boxes that describes your lawsuit:

☒ Title 28 U.S.C. § 1343(3)
   [A civil rights lawsuit alleging that Defendant(s) acting under color of State law, deprived you of a right secured by federal law or the Constitution.]

☐ Title 28 U.S.C. § 1331
   [A lawsuit "arising under the Constitution, laws, or treaties of the United States."]

☐ Title 28 U.S.C. § 1332(a)(1)
   [A lawsuit between citizens of different states where the matter in controversy exceeds $75,000.]

☐ Title _____ United States Code, Section _____
   [Other federal status giving the court subject matter jurisdiction.]

-2-

III. Statement of Claim

Please write as briefly as possible the facts of your case. Describe how each Defendant is involved. Include the name of all persons involved, give dates and places.

Number each claim separately. Use as much space as you need. You are not limited to the papers we give you. Attach extra sheets that deal with your statement claim immediately behind this piece of paper.

I was wrongfully terminated by Fuyao Glass America on 11/13/23. I was discriminated against due to my ethnic backgrand & gender. I was made to work in a hostile work environment. All my issues & concerns were brought to my management & Employee relations rep but nothing was done. I was targeted by my co-workers & management these concerns were brought up to my management & employee rep & nothing happened except me getting fired. I have proof of all situations & policies that I was ul go for to prove my case & witnesses.

IV. Previous lawsuits:

If you have been a Plaintiff in a lawsuit, for each lawsuit state the case number and caption. (Example, Case Number: 2:08-cv-728 and Caption: John Smith vs. Jane Doe).

| Case Number | Caption |   |
|---|---|---|
| _____ | _____ vs. _____ |
| _____ | _____ vs. _____ |
| _____ | _____ vs. _____ |

V. Relief

In this section please state (write) briefly exactly what you want the court to do for you. Make no legal argument, cite no case or statutes.

I want a monetary settlement due to me having to endure hardships & pay cuts from being fired. I want my job title & rank back as well.

I state under penalty of perjury that the foregoing is true and correct. Executed on this 28 day of July, 2025.

_____
Signature of Plaintiff

-4-

# U.S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION

**Indianapolis District Office**
115 W. Washington St., South Tower Suite 600
Indianapolis, IN 46204
(463) 999-1240
Website: www.eeoc.gov

## DETERMINATION AND NOTICE OF RIGHTS
(This Notice replaces EEOC FORMS 161, 161-A & 161-B)

Issued On: 05/19/2025

**To:** Thalia Kiesha Jasmine Thompson
3802 Denlinger Road
Dayton, OH 45426

Charge No: 22A-2024-03604

EEOC Representative: Jeremy Sells
State, Local & Tribal Coordinator
(463) 999-1161

### DETERMINATION OF CHARGE

The EEOC issues the determination that substantial weight has been accorded to the findings of the state or local fair employment practices agency that investigated your charge.

### NOTICE OF YOUR RIGHT TO SUE

This is official notice from the EEOC of the dismissal of your charge and of your right to sue. If you choose to file a lawsuit against the respondent(s) on this charge under federal law in federal or state court, **your lawsuit must be filed WITHIN 90 DAYS of your receipt of this notice.** Receipt generally occurs on the date that you (or your representative) view this document. You should keep a record of the date you received this notice. Your right to sue based on this charge will be lost if you do not file a lawsuit in court within 90 days. (The time limit for filing a lawsuit based on a claim under state law may be different.)

If you file suit, based on this charge, please send a copy of your court complaint to this office.

On behalf of the Commission,

Digitally Signed By: Richard Burgamy 05/19/2025
Richard Burgamy
Acting District Director

Please retain this notice for your records.

cc: On following page

Enclosure with EEOC Notice of Closure and Rights (01/22)

# INFORMATION RELATED TO FILING SUIT
# UNDER THE LAWS ENFORCED BY THE EEOC

*(This information relates to filing suit in Federal or State court **under Federal law**. If you also plan to sue claiming violations of State law, please be aware that time limits may be shorter and other provisions of State law may be different than those described below.)*

## IMPORTANT TIME LIMITS – 90 DAYS TO FILE A LAWSUIT

If you choose to file a lawsuit against the respondent(s) named in the charge of discrimination, you must file a complaint in court **within 90 days of the date you *receive* this Notice**. Receipt generally means the date when you (or your representative) opened this email or mail. You should **keep a record of the date you received this notice**. Once this 90-day period has passed, your right to sue based on the charge referred to in this Notice will be lost. If you intend to consult an attorney, you should do so promptly. Give your attorney a copy of this Notice, and the record of your receiving it (email or envelope).

If your lawsuit includes a claim under the Equal Pay Act (EPA), you must file your complaint in court within 2 years (3 years for willful violations) of the date you did not receive equal pay. This time limit for filing an EPA lawsuit is separate from the 90-day filing period under Title VII, the ADA, GINA or the ADEA referred to above. Therefore, if you also plan to sue under Title VII, the ADA, GINA or the ADEA, in addition to suing on the EPA claim, your lawsuit must be filed within 90 days of this Notice **and** within the 2- or 3-year EPA period.

Your lawsuit may be filed in U.S. District Court or a State court of competent jurisdiction. Whether you file in Federal or State court is a matter for you to decide after talking to your attorney. You must file a "complaint" that contains a short statement of the facts of your case which shows that you are entitled to relief. Filing this Notice is not enough. For more information about filing a lawsuit, go to https://www.eeoc.gov/employees/lawsuit.cfm.

## ATTORNEY REPRESENTATION

For information about locating an attorney to represent you, go to:
https://www.eeoc.gov/employees/lawsuit.cfm.

In very limited circumstances, a U.S. District Court may appoint an attorney to represent individuals who demonstrate that they are financially unable to afford an attorney.

## NOTICE OF RIGHTS UNDER THE ADA AMENDMENTS ACT OF 2008 (ADAAA)

The ADA was amended, effective January 1, 2009, to broaden the definitions of disability to make it easier for individuals to be covered under the ADA/ADAAA. A disability is still defined as (1) a physical or mental impairment that substantially limits one or more major life activities (actual disability); (2) a record of a substantially limiting impairment; or (3) being regarded as having a disability. *However, these terms are redefined, and it is easier to be covered under the new law.*

If you plan to retain an attorney to assist you with your ADA claim, we recommend that you share this information with your attorney and suggest that he or she consult the amended regulations and appendix, and other ADA related publications, available at:
http://www.eeoc.gov/laws/types/disability_regulations.cfm.

### "Actual" disability or a "record of" a disability

If you are pursuing a failure to accommodate claim you must meet the standards for either "actual" or "record of" a disability:

- ✓ **The limitations from the impairment no longer must be severe or significant** for the impairment to be considered substantially limiting.
- ✓ In addition to activities such as performing manual tasks, walking, seeing, hearing, speaking, breathing, learning, thinking, concentrating, reading, bending, and communicating (more examples at 29 C.F.R. §



# OHIO CIVIL RIGHTS COMMISSION

Governor Mike DeWine
Commissioners: Valerie A. Lemmie, Chair | Lori Barreras | William Patmon, III | Charlie Winburn
Executive Director Angela Phelps-White

Commission Meeting December 19, 2024     Date Mailed: 12/19/2024

Thalia Thompson
3802 Denlinger Rd
Dayton, OH 45426
thalia_thompson@yahoo.com

Fuyao Glass America
Attn: Legal Dept & Jamal Dawkins
800 Fuyao Ln.
Moraine, OH 45433
jdawkins@fuyaousa.com
ccarmack@fuyaousa.com

## LETTER OF DETERMINATION
Thalia Thompson v. Fuyao Glass America
DAYA6(004960)02132024; 22A-2024-03604

**FINDINGS OF FACT:**
Charging Party filed a charge of discrimination with the Ohio Civil Rights Commission ("Commission") alleging Respondent engaged in an unlawful discriminatory practice. All jurisdictional requirements for filing a charge have been met.

After receiving the charge, the Commission investigated Charging Party's allegations against Respondent. During the investigation, the Commission considered relevant documents and testimony. The information gathered does not support a recommendation that Respondent unlawfully discriminated against Charging Party.

Specifically, the Commission found, Charging Party Ms. Thompson was employed as a Safety Technician in Fuyao Glass America's (FGA) Environmental Health & Safety (EHS) Department. She was responsible for writing up employees for actions which violated Health & Safety policies but had no authority to discipline or suspend employees except for Lockout-Tagout (LOTO) violations. Ms. Thompson had received multiple corrective actions for not following company policy and for aggressive or inappropriate interactions with others, as well as acting outside the scope of her authority. On February 21 2022 Ms. Thompson received a Corrective Action and a one-day suspension for suspending two employees for non-compliance with FGA's personal protective equipment (PPE) policy, despite having no authority to do so. Then on October 5, 2022, Ms. Thompson was issued another Corrective Action Notice and suspended for three days for remaining in the medical clinic while an employee was being treated and for investigating issues that were not safety related. Lastly Ms. Thompson's final Corrective Action Notice occurred on 11/15/2023 where she received suspension pending termination. An excerpt from this Corrective Action states:

> Ms. Thompson had a 3rd party employee (Damei Lin) wrongfully escorted off FGA property by Guarda Security. Thalia had previously had an incident with Damei Lin regarding a PPE violation and Damei slapping Thalia's phone while in her hand. The previous investigation went through a full ER investigation and has been closed. Thalia saw Damei on the production floor then called security to check Damei's badge status, whether it was active or not. Security responded that Damei's badge was active. Thalia then

Thalia Thompson v. Fuyao Glass America
DAYA6(004960)02132024; 22A-2024-03604
Page 2

requested security to deactivate Damei's badge and have her escorted off the property for previously hitting an employee. Security followed through with Thalia's request. Thalia was not given any directive from myself (Taylor Guntle) or any other member of FGA management to have Darnel escorted off FGA property.

In addition, Ms. Thompson stated that in August of 2022 a fellow safety tech referred to her as a little black girl while doing his Osha certification training but was not suspended or disciplined for his action. But the Legal Department investigated Ms. Thompson's complaint and concluded the allegations were not substantiated as no one corroborated the "little black girl" allegation during the investigation. Ms. Thompson also alleged she was skipped over for work trips, but the work trips were for conducting inspections that were beyond her realm of experience and outside her assigned duties.

Although Ms. Thompson set out multiple examples where she stated she was discriminated against or treated differently than other employees, she failed to prove a prima facie case for discrimination based on race, color, sex, military status, age or retaliation, and no evidence was presented to show unequal pay or denial of promotion. Ms. Thompson was not terminated based on discrimination but was terminated for multiple violations of company policy and for acting outside the scope of her employment duties, despite two prior Corrective Action Notices, suspensions, trainings and counseling.

**DECISION:**
The Ohio Civil Rights Commission determines it is **NOT PROBABLE** that Respondent has engaged in an unlawful discriminatory practice in violation of Ohio Revised Code Chapter 4112. Therefore, the Commission hereby orders that this matter be **DISMISSED**.

Please refer to the enclosed **NOTICE OF RIGHT TO SUE** for additional information on Charging Party's suit rights. (**Charging Party Only**)

**NOTICE OF RIGHT TO REQUEST RECONSIDERATION:**
Pursuant to Ohio Administrative Code § 4112-3-04, you have the right to request reconsideration of the Commission's determination. The application must be in writing and state specifically the grounds upon which it is based. You must submit the request for reconsideration, along with all additional evidence or supporting documentation, within **TEN (10) days** of the date of mailing of this notice. This request must be sent to the Compliance Department, Ohio Civil Rights Commission, 30 East Broad Street, 5th Floor, Columbus, Ohio 43215. Any application for reconsideration received after the ten-day period has expired will be deemed untimely.

The Commission's Rules do not permit any employee of the Commission to grant any extension to this ten-day filing period. If you wish to appear before the Commissioners to present oral arguments in support or your request for reconsideration, you must specifically make a request to appear in writing.

**FOR DUAL FILED CHARGES ONLY:**
If your charge was filed with both the Commission and the U. S. Equal Employment Opportunity Commission (EEOC), you have the right to request that the EEOC conduct a review of the Commission finding. The request for such a review must be sent directly to the EEOC State and Local Coordinator at 115 W. Washington St., Suite 600S, Indianapolis, IN 46204. To secure such a review, you must request

Thalia Thompson v. Fuyao Glass America
DAYA6(004960)02132024; 22A-2024-03604
Page 3

it in writing within **FIFTEEN (15) days** of Commission's finding, unless you request a reconsideration by Commission. In that event, our final finding, and the time for you to request review by EEOC, will be determined by Commission's action on your reconsideration request.

### NOTICE OF RIGHT TO PETITION FOR JUDICIAL REVIEW:

A determination of the Commission that constitutes a Final Order is subject to judicial review, wherein the court reviews the contents of this letter and determines if there are sufficient factual findings supporting why the Commission did not issue a complaint. A petition for judicial review must be filed in the proper common pleas court within **THIRTY (30) days** of the date the Commission mailed this Final Order. The right to obtain judicial review and the mode and procedure thereof is set forth in Ohio Revised Code § 4112.06.

The judicial review process is not a means to reexamine the investigation or further pursue your allegations through the Commission. You may consult with an attorney for information on available options.

A Probable Cause finding is not a Final Order and is not subject to judicial review by a court. All other determinations of the Commission constitute a Final Order and are subject to judicial review by a court.

FOR THE COMMISSION,

*Monica Moore*

Monica Moore
Regional Director
Monica.Moore@civ.ohio.gov


cc: **Representative for Respondent:**
Adam Krumholz. Esq.
800 Fuyao Avenue
Moraine, OH 45439
akrumholz@fuyaousa.com

# OHIO CIVIL RIGHTS COMMISSION

**Board of Commissioners:**
Valerie A. Lemmie – Chair
Lori Barreras
William W. Patmon, III
Charlie Winburn



Angela Phelps-White,
Executive Director

| | |
|---|---|
| **Charging Party,** )<br>)<br>Thalia Thompson )<br>)<br>v. )<br>)<br>**Respondent,** )<br>)<br>Fuyao Glass America )<br>) | **Charge No.** DAYA6(004960)02132024<br>22A-2024-03604 |

## NOTICE OF RIGHT TO SUE

Pursuant to Ohio Revised Code 4112.051, you may file a civil action against the Respondent(s) alleging a violation of Ohio Revised Code 4112. The lawsuit may be filed in any State of Ohio court that has jurisdiction over the matter. Ohio Revised Code 4112.052 and 4112.14 provides that such a civil action must be filed within two years after the date of the alleged discriminatory practice. The time period to file a civil action is tolled during the pendency of the Commission investigation. You are advised to consult with an attorney to determine with accuracy the date by which a civil action must be filed. FOR FEDERAL COURT FILINGS: Notices of Right to Sue under federal law will be issued by the EEOC.

**FOR THE COMMISSION,**

*Monica Moore*

Monica Moore
Regional Director
Monica.Moore@civ.ohio.gov

Date mailed: 12/19/2024