IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

THALIA KIESHA JASMINE
THOMPSON

          Plaintiff,

     v.

FUYAO GLASS AMERICA,

          Defendant.

:

:

:

:

Case No. 3:25-cv-259

JUDGE WALTER H. RICE

---

DECISION    AND    ENTRY    ADOPTING    REPORT    AND
RECOMMENDATIONS (DOC. #2) DENYING PLAINTIFF'S MOTION TO
PROCEED *IN FORMA PAUPERIS* (DOC. #1); NOTICE TO PLAINTIFF
WITH REGARD TO MANDATORY PAYMENT OF FILING FEE

---

Plaintiff has filed a *pro se* lawsuit, invoking this Court's subject matter

jurisdiction pursuant to alleged employment discrimination under Title VII, 42

U.S.C. § 2000e, *et seq.* On August 25, 2025, United States Magistrate Judge Caroline

Gentry issued a Report and Recommendations (Doc. #2), recommending that

Plaintiff be denied *in forma pauperis* status. Although Plaintiff was advised of her

right to file objections to the Report and Recommendations, and of the

consequences of her failure to do so, no objections were filed within the time

allotted.

Based on the reasoning and citations of authority set forth in the Report and

Recommendations of the United States Magistrate Judge, as well as a thorough *de*

*novo* review of this Court's file and the applicable law, the Court ADOPTS the Report and Recommendations (Doc. #2) in their entirety. Given that Plaintiff has been denied the right to proceed *in forma pauperis* and, further, given that she has yet to pay the full filing fee, Plaintiff is advised that, unless, within thirty (30) days from the date of this Entry, she pays the full filing fee, the captioned cause will be ordered dismissed, without prejudice, for failure to pay the filing fee.[1]

Date: September 15, 2025

WALTER H. RICE
UNITED STATES DISTRICT JUDGE

---

[1] Though the merits of Plaintiff's claims are not before the Court at this time, the Court notes that the substance of Plaintiff's claims, which amount to a relatively short paragraph in the Complaint, appears to consist entirely of conclusory statements. Doc. #1, PageID #6. Conclusory statements cannot be the basis of a legal claim and Plaintiff should be prepared to offer *factual* allegations should she decide to pay the requisite filing fee and further pursue this action.

2